UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAM PARTY OF NEW YORK<br>and MICHAEL J. VOLPE,<br><br>         Plaintiffs,<br><br>    vs.<br><br>ANDREW CUOMO, as the Governor of the State of New York; ANDREA STEWART-COUSINS, as the Temporary President and Majority Leader of the New York State Senate; JOHN J. FLANAGAN, as the Minority Leader of the New York State Senate; CARL E. HEASTIE, as the Speaker of the New York State Assembly; BRIAN KOLB, as the Minority Leader of the New York State Assembly; PETER S. KOSINSKI, as the Co-Chair of the New York State Board of Elections; DOUGLAS A. KELLNER, as the Co-Chair of the New York State Board of Elections; ANDREW J. SPANO, as a Commissioner of the New York State Board of Elections; TODD D. VALENTINE, as Co-Executive Director of the New York State Board of Elections; and ROBERT A. BREHM, as Co-Executive Director of the New York State Board of Elections,<br><br>         Defendants. | No. 1:20-cv-00323<br>**MOTION FOR ADMISSION<br>PRO HAC VICE** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Kannon K. Shanmugam hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for SAM Party of New York and Michael J. Volpe in the above-captioned action.

I am in good standing of the bars of the states of Kansas and Virginia and the bar of the District of Columbia and there are no pending disciplinary proceedings against me

in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: January 31, 2020

PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP

By:   /s/ Kannon K. Shanmugam
      Kannon K. Shanmugam

2001 K Street NW
Washington, DC 20006-1047
Tel.: (202) 223-7325
Fax: (202) 204-7397
kshanmugam@paulweiss.com

*Counsel for Plaintiffs SAM Party of New York and Michael J. Volpe*