UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SAM PARTY OF NEW YORK ET AL.

                          Plaintiffs,          20cv323 (JGK)

         - against -                           ORDER

ANDREW CUOMO et al,

                          Defendants.
_____

JOHN G. KOELTL, District Judge:

    The plaintiffs are directed to correct the deficient filing

at Dkt. No. 53 by May 1, 2020.

SO ORDERED.
Dated:    New York, New York
          April 24, 2020        __  /s/ John G. Koeltl  _____
                                       John G. Koeltl
                                 United States District Judge