```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
SAM PARTY OF NEW YORK ET AL.,

                    Plaintiffs,         20cv323 (JGK)

        - against -                     ORDER

ANDREW CUOMO et al.,

                    Defendants.
────────────────────────────────────────
```

JOHN G. KOELTL, District Judge:

    The defendants should respond to the motion to amend the complaint by May 7, 2020. The plaintiffs may reply by May 8, 2020.

**SO ORDERED.**
Dated:    New York, New York
            May 1, 2020      /s/ John G. Koeltl
                                    John G. Koeltl
                                United States District Judge