UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAM PARTY OF NEW YORK et al.,

        Plaintiffs,        20cv323 (JGK)

  - against -                ORDER

PETER S. KOSINSKI et al.,

        Defendants.

**JOHN G. KOELTL, District Judge:**

The response to the preliminary injunction is due by June 25, 2020. The reply is due by July 15, 2020. Any amicus curiae briefs are due by June 25, 2020. The plaintiffs should deliver a courtesy set of the fully briefed motion papers to the Courthouse promptly after July 15, 2020. Courtesy copies of any amicus briefs should also be delivered to the Courthouse promptly after July 15, 2020.

**SO ORDERED.**

Dated:   New York, New York
        May 21, 2020           /s/ John G. Koeltl
                                              John G. Koeltl
                                 United States District Judge