```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────
SAM PARTY OF NEW YORK et al.,

                Plaintiffs,            20cv323 (JGK)

     - against -                       ORDER

PETER S. KOSINSKI et al.,

                Defendants.
─────────────────────────────────────
LINDA HURLEY et al.,

                Plaintiffs,
                                       20cv4148 (JGK)
     - against -

PETER S. KOSINSKI et al.,

                Defendants.
─────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The Court will hold a teleconference in the two related cases on June 8, 2020 at 2:30 PM. The parties should call in to (888)-363-4749 and use access code 8140049.

**SO ORDERED.**

Dated:   New York, New York
         June 3, 2020              _____/s/ John G. Koeltl_____
                                          John G. Koeltl
                                    United States District Judge