```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SAM PARTY OF NEW YORK et al.,

                Plaintiffs,           20cv323 (JGK)

     - against -                      ORDER

PETER S. KOSINSKI et al.,

                Defendants.
_____

LINDA HURLEY et al.,

                Plaintiffs,
                                      20cv4148 (JGK)
     - against -

PETER S. KOSINSKI et al.,

                Defendants.
_____
```

**JOHN G. KOELTL, District Judge:**

The time to respond to the motions for a preliminary injunction is July 3, 2020. The time to reply is July 24, 2020. Any amicus briefs are due by July 3, 2020. The plaintiffs should deliver courtesy copies of the fully briefed motion papers to the Courthouse promptly after July 24, 2020. Courtesy copies of any amicus briefs should also be delivered to the Courthouse promptly after July 24, 2020.

**SO ORDERED.**

**Dated:** New York, New York
June 8, 2020                  _____/s/ John G. Koeltl_____
                                    John G. Koeltl
                              United States District Judge