

August 11, 2020

The Honorable John G. Koeltl
U.S. District Judge
Daniel Patrick Moynihan United States Courthouse
New York, NY 10007

Re: *SAM Party of New York and Michael J. Volpe v. Kosinski et al.*, 20-cv-00323-JGK
    *Hurley et al. v. Kosinski et al.*, 20-cv-04148-JGK

Your Honor:

The Brennan Center for Justice at NYU School of Law, amicus curiae in the above-captioned matters, intends to be present at the oral argument scheduled for August 13, 2020.  We would be glad to take questions from the Court to expand on the points raised in our July 3, 2020 amicus brief concerning severability and how the public campaign financing provisions of Part ZZZ relate to the ballot access requirements challenged in these cases.

We have notified the parties of our wish to be of assistance to the Court. The *Hurley* plaintiffs consent.  Defendants do not consent.  The *SAM* plaintiffs have not yet stated a position.

Thank you for your consideration.

Respectfully,

/s/ Joanna Zdanys

Joanna Zdanys
Hoonpyo Lee aka Chisun Lee
Lawrence Norden
Brennan Center for Justice at
  NYU School of Law
120 Broadway, Suite 1750
New York, NY 10271
(646) 292-8343
joanna.zdanys@nyu.edu

cc: Counsel of record (by ECF)