```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────
SAM PARTY, ET AL.,
                    Plaintiffs,

     - against -                          20-cv-323 (JGK)

KOSINSKI, ET AL.,
                    Defendants.
─────────────────────────────────────   ORDER
HURLEY, ET AL.,

                    Plaintiffs,

     - against -                          20-cv-4148 (JGK)

KOSINSKI, ET AL.,

                    Defendants.
─────────────────────────────────────
LIBERTARIAN PARTY, ET AL.,

                    PLAINTIFFS,

     - AGAINST -                          20-cv-5820 (JGK)

NEW YORK BOARD OF ELECTIONS, ET AL.,

                    DEFENDANTS.
─────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

As discussed during the teleconference held on March 10, 2021, the defendants may move for summary judgment by April 9, 2021, responses are due May 7, 2021, and replies are due May 24, 2021. Discovery is stayed.

**SO ORDERED.**

Dated:  New York, New York
        March 10, 2021                  /s/ John G. Koeltl
                                        John G. Koeltl
                                   United States District Judge

1