# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

STEVEN W. GOLD
STEVEN G. MINTZ*
ALAN KATZ
JEFFREY D. POLLACK*
ELLIOT G. SAGOR
IRA LEE SORKIN
LON JACOBS
STEVEN A. SAMIDE
SCOTT A. KLEIN
TERENCE W. McCORMICK***
ROBERT B. LACHENAUER
ROGER L. STAVIS
CHARLES A. ROSS**
KEVIN W. GOERING
RICHARD M. BRESLOW
BARRY M. KAZAN*
KEVIN M. BROWN
ALEXANDER H. GARDNER
HEATH LORING
PETER GUIRGUIS
ANDREW R. GOTTESMAN
MATTHEW S. SEMINARA
RYAN W. LAWLER*
ADAM K. BRODY
MARIA EVA GARCIA*
GABRIEL ALTMAN
ANDREW E. STECKLER
ALEX J. OTCHY*
CECE M. COLE

600 THIRD AVENUE
25TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 696-4848
FACSIMILE (212) 696-1231

www.mintzandgold.com

SENIOR COUNSEL
JACK H. KAPLAN
NOREEN E. COSGROVE
TIMOTHY J. QUILL, JR.
JULIA B. MILNE

OF COUNSEL

HONORABLE VITO J. TITONE (dec.)
(NY State Court of Appeals 1985-1998)

HARVEY J. HOROWITZ (dec.)

HONORABLE HOWARD MILLER
(NY Appellate Div. 1999-2010 [ret.])

AMIT SONDHI*
ERIC M. KUTNER
MARC B. SCHLESINGER*
NEAL M. GOLDMAN
ANDREW P. NAPOLITANO†

†ADMITTED TO PRACTICE ONLY BEFORE ALL
COURTS IN NEW JERSEY AND ALL FEDERAL COURTS
IN NEW YORK CITY

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN FLORIDA
***ALSO ADMITTED IN CALIFORNIA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-12-2021

[Handwritten endorsement:] Application granted. The Court adds its sympathy in connection with Mr. Goering's death. The WFP case is stayed. The Court invites counsel in this case and the SAM case to discuss whether a status conference in 30 days would be useful. So ordered. /s/ John G. Koeltl, U.S.D.J. 5/12/21

May 12, 2021

**Via ECF**
Hon. John G. Koeltl
U.S. District Court, Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 14A
New York, New York 10007

Re: *Linda Hurley, et al. v. Peter S. Kosinski, et al.*, Case No. 1:20-cv-04148-JGK (the "WFP Action"), *SAM Party of New York, et al. v. Peter S. Kosinski, et al.*, Case No. 1:20-cv-00323—JGK (the "SAM Action"), *Libertarian Party of New York, et al. v. New York State Board of Elections, et al.*, Case No. 1:20-cv-05820-JGK (the "LPNY Action")

Dear Judge Koeltl:

MINTZ & GOLD LLP
ATTORNEYS AT LAW

Hon. John G. Koeltl
May 12, 2021
Page 2

62), which provided an extension of filing deadlines in all three actions, was granted by Your Honor on April 29, 2021 (ECF No. 63). The first request was necessitated by the hospitalization of Mr. Goering. This second request is necessitated by the death of Mr. Goering and to provide time for WFP to consider alternative counsel.

Our firm has conferred with Defendants' counsel, who has graciously consented to a ninety-day stay of the WFP Action. The remaining parties have agreed to stay of briefing on Defendants' summary judgment motion and request a status conference at the Court's convenience in two weeks so the parties can confer and coordinate a proposal on next steps.

We are deeply saddened by Mr. Goering's passing and appreciate the Court's courtesies in this regard.

Respectfully submitted,

/s/ Peter Guirguis
Peter Guirguis (PG-2168)

cc: All counsel (via ECF)