```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SAM PARTY, ET AL., <br>                Plaintiffs, <br><br> - against - <br><br> KOSINSKI, ET AL., <br>                Defendants. | 20-cv-323 (JGK) <br><br><br> ORDER |
| HURLEY, ET AL., <br>                Plaintiffs, <br><br> - against - <br><br> KOSINSKI, ET AL., <br>                Defendants. | 20-cv-4148 (JGK) |
| LIBERTARIAN PARTY, ET AL., <br>                PLAINTIFFS, <br><br> - AGAINST - <br><br> NEW YORK BOARD OF ELECTIONS, ET AL., <br>                DEFENDANTS. | 20-cv-5820 (JGK) |

JOHN G. KOELTL, District Judge:

The Court will hold a teleconference on July 6, 2021 at 3:00 pm. Dial-in: 888 363-4749, access code: 8140049.

SO ORDERED.

Dated:    New York, New York
            July 2, 2021

                                            John G. Koeltl
                                     United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2021

1