USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-6-2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAM PARTY, ET AL.,

    Plaintiffs,

- against -

KOSINSKI, ET AL.,

    Defendants.

20-cv-323 (JGK)

ORDER

---

HURLEY, ET AL.,

    Plaintiffs,

- against -

KOSINSKI, ET AL.,

    Defendants.

20-cv-4148 (JGK)

---

LIBERTARIAN PARTY, ET AL.,

    PLAINTIFFS,

- AGAINST -

NEW YORK BOARD OF ELECTIONS, ET AL.,

    DEFENDANTS.

20-cv-5820 (JGK)

---

JOHN G. KOELTL, District Judge:

    As discussed at the teleconference held on July 6, 2021, the plaintiffs in the SAM Party action and Libertarian Party action should file any opposition to the defendants' summary judgment motion by July 30, 2021. The defendants may reply by August 27, 2021.

1

The Working Families Parties action will remain stayed until August 10, 2021.

**SO ORDERED.**

Dated:     New York, New York
               July 6, 2021

_____
John G. Koeltl
United States District Judge