UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SAM PARTY OF NEW YORK, ET AL.,     <u>ORDER</u>

         Plaintiffs,

    - against -            20-cv-323 (JGK)

KOSINSKI, ET AL.,

         Defendants.

---

HURLEY, ET AL.,

         Plaintiffs,

    - against -            20-cv-4148 (JGK)

KOSINSKI, ET AL.,

         Defendants.

---

LIBERTARIAN PARTY OF NEW YORK, ET AL.,

         Plaintiffs,

    - against -            20-cv-5820 (JGK)

NEW YORK BOARD OF ELECTIONS, ET AL.,

         Defendants.

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear, via telephone, on **December 21, 2021, at 10:00 a.m.** for oral argument regarding the defendants' motion for summary judgment.

1

Dial-in: (888) 363-4749, with access code 8140049.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **November 19, 2021**

                                           John G. Koeltl
                                  United States District Judge