**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of April, two thousand twenty-two,

_____

SAM Party of New York, Michael J. Volpe,

      Plaintiff - Appellant

v.

Peter S. Kosinski, as the Co-Chair of the New York State Board of Elections, Douglas A. Kellner, as the Co-Chair of the New York State Board of Elections, Andrew J. Spano, as a Commissioner of the New York State Board of Elections, Todd D. Valentine, as Co-Executive Director of the New York State Board of Elections, Robert A. Brehm, as Co-Executive Director of the New York State Board of Elections,

      Defendants - Appellees,

Andrew Cuomo, as the Governor of the State of New York, Andrea Stewart-Cousins, as the Temporary President and Majority Leader of the New York State Senate, John J. Flanagan, as the Minority Leader of the New York State Senate, Carl E. Heastie, as the Speaker of the New York State Assembly, Brian M. Kolb, as the Minority Leader of the New York State Assembly,

      Defendants.
_____

**ORDER**
Docket No. 22-139

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 12 2022

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 04/12/2022